UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PATRICK WILLIAMS, | ) | 1:09-cv-00302 WMW HC |
| | ) | |
| Petitioner, | ) | ORDER REQUIRING PETITIONER TO FURNISH MORE INFORMATION |
| | ) | |
| v. | ) | |
| | ) | |
| COURT OF APPEAL OF THE STATE OF CALIFORNIA IN THE THIRD APPELLATE DISTRICT, | ) | |
| | ) | |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. In his petition, Petitioner did not include the background information necessary to establish venue. Petitioner is hereby ORDERED to furnish the Court with the following information regarding his conviction: 1) date of the conviction; 2) county of the conviction; and 3) the name of the court by whom he was convicted.

IT IS SO ORDERED.

**Dated:   March 6, 2009**                         **/s/  William M. Wunderlich**
                                                                    UNITED STATES MAGISTRATE JUDGE