UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK WILLIAMS,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>COURT OF APPEAL OF THE STATE OF CALIFORNIA IN THE THIRD APPELLATE DISTRICT,<br><br>　　　　Respondent. | 1:09-cv-00302 WMW (HC)<br><br>ORDER AUTHORIZING<br>IN FORMA PAUPERIS STATUS |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*. The petition will be screened in due course.

IT IS SO ORDERED.

**Dated:　April 3, 2009**　　　　　　　　　　/s/  William M. Wunderlich
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE