UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK WILLIAMS,<br><br>           Petitioner,<br><br>    v.<br><br>COURT OF APPEAL OF THE STATE OF CALIFORNIA, THIRD APPELLATE DISTRICT<br><br>           Respondent. | 1:09-cv-00302 YNP DLB (HC)<br><br>ORDER DISMISSING PETITIONER'S PETITION FOR WRIT OF HABEAS CORPUS<br><br>ORDER DIRECTING CLERK TO ENTER JUDGMENT |

      Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

      Petitioner has consented to the jurisdiction of the Magistrate Judge pursuant to 28 U.S.C. § 636(c)(1). (Doc. #6).

      Petitioner seems to be challenging the outcome of a civil rights complaint he had previously filed in Federal Court. (Pet. at 5-7). Petitioner claims that he has previously filed a petition for habeas corpus in Superior Court (Pet. at 5), but he uses the same case number to refer to his petition for review in the California Court of Appeal, civil rights complaint, and previous petition for habeas corpus. This gives the Court reason to assume that Petitioner did indeed file something at some point, but it was likely not a habeas petition. Furthermore, after reading Grounds One thru Five of the petition, it becomes clear that Petitioner is trying to appeal his civil rights complaint in which he alleged that he was given a lobotomy in prison. The defendant's motion for summary judgement was granted but Petition contends that there is a genuine issue of material fact as to whether or not he was given a lobotomy. (Pet. 5-7).

## DISCUSSION

28 U.S.C. §2254 is a means by which a state prisoner, who is in custody pursuant to a state court judgment, may challenge his custody if he believes that the custody is in violation of the Constitution, laws, or treaties of the United States. "While not all constitutional errors are sufficient to entitle the petitioner to a remedy, 'errors that undermine confidence in the fundamental fairness of the state adjudication certainly justify the issuance of the federal writ.'" *Holley v. Yarborough*. __ U.S. __ (2009) (quoting *Williams v. Taylor*, 529 U.S. 362, 375 (2000)). Here, Petitioner is alleging that prison personnel gave him a lobotomy. This does not challenge Petitioner's actual custody but rather the way he was treated while in custody; a challenge that is properly brought by way of a civil rights complaint pursuant to 42 U.S.C. § 1983. Furthermore, if Petitioner has indeed already filed such a complaint and is not satisfied with the outcome, the appropriate relief cannot come by way of a habeas petition but rather by petitioning for review in the appropriate federal Court of Appeals. Thus, Petitioner is not entitled to habeas corpus relief, and this petition must be dismissed.

## ORDER

Accordingly, IT IS HEREBY ORDERED:

1) The Petition for Writ of Habeas Corpus is DISMISSED; and

2) The Clerk of Court is DIRECTED to enter judgment in this matter.


IT IS SO ORDERED.

Dated:   **June 18, 2009**            /s/ **Dennis L. Beck**
                                            UNITED STATES MAGISTRATE JUDGE